THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEAH DONAHOU                                                                                    PLAINTIFF

v.                             Case No. 4:19-cv-00857-KGB

ANDREW M. SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION[1]                                              DEFENDANT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere on August 14, 2020 (Dkt. No. 12).  In her Recommended Disposition, Judge Deere recommends that the decision of Andrew M. Saul, the Commissioner of the Social Security Administration ("the Commissioner"), be reversed and the case remanded with instructions for further review.  No objections have been filed, and the deadline for filing objections has since passed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  After careful consideration, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 12).  The Court vacates the Commissioner's final decision finding that plaintiff Leah Donahou is not disabled within the meaning of the Social Security Act, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991), for further proceedings.

It is so ordered this 27th day of January, 2021.

Kristine G. Baker
United States District Judge

---

[1] Andrew M. Saul was confirmed as the Commissioner of the Social Security Administration on June 6, 2019.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul is automatically substituted as a party.