THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEAH DONAHOU                                                                                            PLAINTIFF

v.                                    Case No. 4:19-cv-00857-KGB

ANDREW M. SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION[1]                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that the decision of Andrew M. Saul, the Commissioner of the Social Security Administration, is vacated and remanded with instructions for further review. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so adjudged this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge

---

[1] Andrew M. Saul was confirmed as the Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul is automatically substituted as a party.