THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEAH DONAHOU**                                                                                                              **PLAINTIFF**

v.                                              Case No. 4:19-cv-00857-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Leah Donahou's request for EAJA attorney fees and costs under the Equal Access To Justice Act (Dkt. No. 15). Ms. Donahou requests $5,961.50 in attorney's fees and costs under the Equal Access To Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 15-1, at 6–7). The Commissioner has responded and does not object to an award of $5,961.50 in attorney's fees and costs (Dkt. No. 17, at 1).

For good cause shown, the Court grants Ms. Donahou's motion (Dkt. No. 15). After review of the record, the Court finds that the hours spent by counsel were reasonable. The Court approves $5,961.50 in attorney's fees and costs. The EAJA fee award shall be made payable to Ms. Donahou in the care of and mailed to her counsel, but subject to any offset to satisfy any pre-existing debt owed by Ms. Donahou to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner shall certify this award.

It is so ordered this 13th day of February, 2023.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge